IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------------------

| | |
|---|---|
| TRACI HUMES DUVALL | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | Case No. 1:05CV02120(RJL) |
| | : |
| and | : |
| | : |
| FOLEY HOAG & ELIOT LLP EMPLOYEE WELFARE PLAN | : |
| Defendants. | : |
| | : |

----------------------------------------------------------------------

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The undersigned, counsel of record for The Prudential Insurance Company of America ("PICA"), certify to the best of my knowledge and belief pursuant to Local Rule 7.1 that:

PICA is a stock life insurance company, the stock of which is owned by Prudential Holdings, LLC, a direct, wholly owned subsidiary of Prudential Financial, Inc., a publicly traded corporation. Apart from that which is disclosed above, PICA is not an affiliate or parent of any corporation.

These representations are made in order that the judges of this Court may determine the need for recusal.

217915.1

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


_____/s/_____
David A. Seltzer, Bar No. 437436
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606

*Counsel for Defendants, The
Prudential Insurance Company of America
and Foley Hoag & Eliot LLP Employee
Welfare Plan*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing LCvR 7.1 Certificate was filed and served electronically this 30th day of November, 2005, to:

Scott B. Elkind, Esquire
Elkind & Shea
801 Roeder Rd., Suite 550
Silver Spring, MD 20910


_____/s/_____
David A. Seltzer

217915.1