IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| TRACI HUMES DUVALL | : |
| Plaintiff, | : |
| v. | : |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | : Case No. 1:05CV02120(RJL) |
| and | : |
| FOLEY HOAG & ELIOT LLP EMPLOYEE WELFARE PLAN | : |
| Defendants. | : |

---

### NOTICE OF SUBMISSION OF ADMINISTRATIVE RECORD BY DEFENDANTS THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND FOLEY HOAG & ELIOT LLP EMPLOYEE WELFARE PLAN

COME NOW the Defendants, The Prudential Insurance Company of America and Foley Hoag & Eliot, LLP Employee Welfare Plan and submit the administrative record in this case. Due to the large volume of the filing, and pursuant to directions from the Clerk's office, the documents will be sent to the Court under separate cover and separately served upon counsel.

220760.1

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

_____/s/_____
Laura N. Steel, Bar No. 367174


_____/s/_____
David A. Seltzer, Bar No. 437436
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606

*Counsel for Defendants, The Prudential Insurance Company of America and Foley Hoag & Eliot LLP Employee Welfare Plan*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was filed electronically and mailed, postage prepaid, this 8th day of February 2006, to:

Scott B. Elkind, Esquire
Elkind & Shea
801 Roeder Rd., Suite 550
Silver Spring, MD 20910


_____/s/_____
David A. Seltzer

-2-

220760.1