UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACI DUVALL HUMES<br><br>                    Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>and<br><br>FOLEY HOAG & ELIOT LLP EMPLOYEE WELFARE PLAN<br><br>                    Defendant. | **1:05CV02120**<br><br>Judge Richard J. Leon |

## DISMISSAL ORDER

THIS DAY came the Plaintiff Traci Duvall Humes, by counsel, and requested that this action be dismissed with prejudice against Defendant Foley Hoag & Eliot LLP Employee Welfare Plan.     Plaintiff and Defendant Foley Hoag & Eliot LLP Employee Welfare Plan have informed the Court that all matters in controversy between them have been resolved to their mutual satisfaction.

It is accordingly ADJUDGED and ORDERED that Defendant Foley Hoag & Eliot LLP Employee Welfare Plan should be, and hereby is, DISMISSED, with prejudice from the above-captioned matter, with each party to bear its own costs in this matter.  This Order does not dismiss Defendant The Prudential Insurance Company of America from the above-captioned matter.

The Clerk of this Court is directed to furnish a certified copy of this Order to counsel of record for each party to this action.

ENTERED this _____ day of _____, 2006.

_____
Honorable Richard J. Leon
U.S. District Court for the District of Columbia

WE ASK FOR THIS:

_____
Scott B. Elkind
Elkind & Shea
801 Roeder Road, Suite 550
Silver Spring, Maryland  20910

*Counsel for Plaintiff Traci Duvall Humes*

_____
David A. Seltzer
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1341 G Street, N.W.
The Colorado Building, Suite 500
Washington, D.C.  20005
*Counsel for Defendant Foley Hoag & Eliot LLP Employee Welfare Plan*

LEGAL_US_E # 70843801.1