IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

TRACI DUVALL HUMES

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

    Defendant.

Case No. 1:05CV02120(RJL)

---

## JOINT INITIAL MEET AND CONFER REPORT

COME NOW all parties, by and through their respective counsel, and file this joint initial report as required by this Court's Case Management Order and, pursuant to F.R.C.P. 26(f) and LCvR 16.3(c), state as follows[1]:

**(1)**     **Whether the case is likely to be disposed of by dispositive motion**

The parties believe that it is likely that cross-motions for summary judgment will dispose of this case in its entirety since the dispute concerns the Court's review of an administrative determination made by Prudential pursuant to a health plan governed by ERISA. As such, the defendants take the position that the Court's review should be limited to the administrative record as it now exists.

---

[1] Undersigned counsel have been involved simultaneously with five different cases, including an appellate case. The parties and counsel are working to resolve as many of these cases as possible prior to engaging in the briefing process, this case included. Due to this activity, this filing is submitted late with parties' apologies to this Court.

238517.1

**(2)    Joinder of Parties or Amendments to the Pleadings**

The parties believe that all parties have been joined and no party anticipates amending the pleadings.

**(3)    Whether the case should be assigned to a magistrate judge**

At this time, the parties do not consent to assignment of the case to a magistrate judge.

**(4)    Whether there is a realistic possibility of settling the case**

While the parties believe that is premature to determine the likelihood of settlement, the parties believe that settlement discussions are likely to take place during the course of the litigation.

**(5)    Whether the case would benefit from ADR**

The parties are in the process of determining whether this case may be appropriate for mediation or other ADR and will advise the Court accordingly.

**(6)    The schedule for dispositive motions**

The parties would propose the following schedule for filing dispositive motions:

- Dispositive motions to be filed by October 6, 2006.

- Oppositions to dispositive motions to be filed 30 days thereafter

- Replies to any opposition to be filed 20 days thereafter.

- The parties anticipate that one will first file a Motion, the other will then file an Opposition and Cross-Motion, followed by the first moving party's Reply, then a responsive final Reply.

**(7)    The timing of Rule 26(a)(1) Initial Disclosures**

The parties jointly agree to dispense with the initial disclosure requirements set forth in Rule 26(a)(1).

### (8) The anticipated extent of discovery

In light of the fact that this dispute concerns the Court's review of an administrative determination made by Prudential pursuant to a health plan governed by ERISA, the parties do not anticipate any discovery.

### (9) Possible modification of Rule 26(a)(2)'s requirements

In light of the fact that this dispute concerns the Court's review of an administrative determination made by Prudential pursuant to a health plan governed by ERISA, the parties do not anticipate Rule 26(a)(2) expert discovery.

### (10) Class Action Considerations

Not applicable.

### (11) Bifurcation

Not applicable.

### (12) Scheduling the pretrial conference

The parties suggest that a pretrial conference date be selected after the Court's rulings on anticipated cross-motions for summary judgment.

### (13) Scheduling the trial date

The parties request that a trial date be set at the time of the pretrial conference.

### (14) Other matters

None at this time.

                              Respectfully submitted,

                              **ELKIND & SHEA**

                              _____/s/_____
                              Scott B. Elkind, Bar No. 438811
                              801 Roeder Rd., Suite 550
                              Silver Spring, MD 20910
                              (301) 495-6665
                              fax (301) 565-5111

                              *Counsel for Plaintiff Traci Humes*


                              **WILSON, ELSER, MOSKOWITZ,**
                              **EDELMAN & DICKER, LLP**

                              _____/s/_____
                              David A. Seltzer, Bar No. 437436
                              1341 G Street, N.W., Suite 500
                              Washington, D.C. 20005
                              (202) 626-7660
                              fax (202) 628-3606

                              *Counsel for Defendant The*
                              *Prudential Insurance Company of America*


## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Joint Initial Report was filed and served electronically this 4th day of August, 2006, to:

        Scott B. Elkind, Esquire
        Elkind & Shea
        801 Roeder Rd., Suite 550
        Silver Spring, MD 20910

                              _____/s/_____
                              David A. Seltzer

238517.1