IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

TRACI DUVALL HUMES

   Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

   Defendant.

Case No. 1:05CV02120(RJL)

---

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW the parties, by and through undersigned counsel, and hereby move the Court to amend the Scheduling Order to permit a 90-day enlargement of time for upcoming deadlines, based on the parties' partial resolution of claims and plan to submit this case to private mediation. The parties respectfully refer the Court to the attached Memorandum of Points and Authorities and requests that this Court grant this Consent Motion To Amend Scheduling Order.

243020.1

Respectfully submitted,

**ELKIND & SHEA**

_/s/ Scott B. Elkind_
Scott B. Elkind, Bar No. 438811
801 Roeder Rd., Suite 550
Silver Spring, MD 20910
(301) 495-6665
fax (301) 565-5111

*Counsel for Plaintiff Traci Humes*

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

_/s/ David A. Seltzer_
David A. Seltzer, Bar No. 437436
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202) 626-7660
fax (202) 628-3606

*Counsel for Defendant The
Prudential Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion to Amend Scheduling Order was filed and served electronically this 3rd day of October, 2006, to:

    Scott B. Elkind, Esquire
    Elkind & Shea
    801 Roeder Rd., Suite 550
    Silver Spring, MD 20910

_/s/ David A. Seltzer_
David A. Seltzer

2

243020.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

TRACI DUVALL HUMES

   Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

   Defendant.

Case No. 1:05CV02120(RJL)

---

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT MOTION TO AMEND SCHEDULING ORDER**

1. On or about August 9, 2006, this Court entered an Order approving the joint proposed scheduling order submitted by the parties in this case.

2. Pursuant thereto, plaintiff's Motion for Summary Judgment is to be filed by October 6, 2006, with defendant's Opposition and Cross-Motion due 30 days thereafter, and Replies thereto due 20 days thereafter.

3. As of the date of this Motion, the parties have reached a partial settlement in this case. In that regard, defendant shall pay plaintiff the sum of $109,805.00, which represents payment of $38,805 in previously withheld claim payments, which Prudential believed applied to plaintiff's receipt of Social Security Disability Benefits, and $71,000, representing payment of claim benefits for the 24-month period set forth under the subject Plan for mental illness and/or self-reported symptoms claims, through May 24, 2005.

243020.1

4. With regard to the remainder of the claim, the parties have agreed to submit the case to private mediation, in a good-faith effort to resolve the remaining claim for future benefits, without the need for additional litigation.

5. In the event that such mediation is not successful in resolving the claim, the parties hereby request that the present scheduling order deadlines be modified and extended by 90 days to permit the parties an opportunity to engage in mediation prior to determining whether additional litigation will be necessary. Accordingly, plaintiff's Motion for Summary Judgment will be due by January 8, 2006, with defendant's Opposition/Cross-Motion due thirty days thereafter (or by February 7, 2007), plaintiff's Reply/Opposition to Cross-Motion due twenty days thereafter (or by February 27, 2007), and defendant's final Reply due twenty days thereafter (or by March 20, 2007).

6. At this time, the parties are presently conferring regarding a mutually acceptable mediator and expect to have the mediation scheduled to take place within the next 60 days.

7. No other deadlines would be affected by the requested enlargement of time, and there are no scheduled Court appearances that would be affected.

8. Rule 6(b) of the Federal Rules of Civil Procedure permits an enlargement of time for cause so long as it is presented prior to the expiration of the specific period to respond.

9. In the event that the Court does not grant the instant Motion and amend the Scheduling Order as requested herein, then, in the alternative, the parties request that the present deadlines be extended by ten (10) days, in light of the

243020.1

present motion deadline of October 6, 2006, to permit plaintiff the opportunity to prepare and file her motion for summary judgment. In that instance, plaintiff's Motion for Summary Judgment will be due by October 16, 2006, with defendant's Opposition/Cross-Motion due thirty days thereafter (or by November 15, 2006), plaintiff's Reply/Opposition to Cross-Motion due twenty days thereafter (or by December 5, 2006), and defendant's final Reply due twenty days thereafter (or by December 25, 2006).

For the reasons stated above, Defendants respectfully request that this Court grant this Consent Motion For Enlargement of Time.

Respectfully submitted,

**ELKIND & SHEA**

/s/ *Scott B. Elkind*
Scott B. Elkind, Bar No. 438811
801 Roeder Rd., Suite 550
Silver Spring, MD 20910
(301) 495-6665
fax (301) 565-5111

*Counsel for Plaintiff Traci Humes*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

/s/ *David A. Seltzer*
David A. Seltzer, Bar No. 437436
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202) 626-7660
fax (202) 628-3606

*Counsel for Defendant The Prudential Insurance Company of America*

5

243020.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------

TRACI DUVALL HUMES

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA          Case No. 1:05CV02120(RJL)

    Defendant.

------------------------------------------------------------------------

## ORDER

UPON CONSIDERATION of the Joint Motion To Amend Scheduling Order, there being no opposition thereto and good cause therefor, it is this ____ day of _____ , 2006, HEREBY

ORDERED, that the Motion be and hereby is GRANTED, and

FURTHER ORDERED that the scheduling deadlines in the previously-filed Joint Report be extended by 90 days, such that plaintiff's Motion for Summary Judgment will be due by January 8, 2007; defendant's Opposition/Cross-Motion due thirty days thereafter (or by February 7, 2007), plaintiff's Reply/Opposition to Cross-Motion due twenty days thereafter (or by February 27, 2007), and defendant's final Reply due twenty days thereafter (or by March 20, 2007), or in the alternative,

ORDERED, that the Motion be and hereby is GRANTED in part, and

243020.1

FURTHER ORDERED that the scheduling deadlines in the previously-filed Joint Report be extended by 10 days, such that plaintiff's Motion for Summary Judgment will be due by October 16, 2006, with defendant's Opposition/Cross-Motion due thirty days thereafter (or by November 15, 2006), plaintiff's Reply/Opposition to Cross-Motion due twenty days thereafter (or by December 5, 2006), and defendant's final Reply due twenty days thereafter (or by December 25, 2006).

 

_____
The Honorable Ricardo J. Leon
United States District Court for the District of Columbia

Copies to:

David A. Seltzer, Esquire
1341 G Street, N.W., Suite 500
Washington, D.C. 20005

Scott B. Elkind
801 Roeder Rd., Suite 550
Silver Spring, MD 20910

243020.1