IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

TRACI DUVALL HUMES

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

    Defendant.

Case No. 1:05CV02120(RJL)

---

## JOINT MOTION FOR ENLARGEMENT OF TIME

COME NOW the parties, by and through undersigned counsel, and hereby move the Court to amend the Scheduling Order to permit a final enlargement of time for upcoming deadlines, based on the parties' partial resolution of claims and scheduled private mediation on January 19, 2006. The parties respectfully refer the Court to the attached Memorandum of Points and Authorities and requests that this Court grant this Joint Motion For Enlargement Of Time.

247956.1

Respectfully submitted,

**ELKIND & SHEA**

/s/ *Scott B. Elkind*
Scott B. Elkind, Bar No. 438811
801 Roeder Rd., Suite 550
Silver Spring, MD 20910
(301) 495-6665
fax (301) 565-5111

*Counsel for Plaintiff Traci Humes*


**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

/s/ *David A. Seltzer*
David A. Seltzer, Bar No. 437436
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202) 626-7660
fax (202) 628-3606

*Counsel for Defendant The
Prudential Insurance Company of America*


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joint Motion to Amend Scheduling Order was filed and served electronically this 28th day of November, 2006, to:

Scott B. Elkind, Esquire
Elkind & Shea
801 Roeder Rd., Suite 550
Silver Spring, MD 20910

/s/ *David A. Seltzer*
David A. Seltzer

2

247956.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| TRACI DUVALL HUMES | : |
| Plaintiff, | : |
| v. | : |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | : Case No. 1:05CV02120(RJL) |
| Defendant. | : |

---

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT MOTION TO AMEND SCHEDULING ORDER**

1. This matter arises out of plaintiff's claim, under ERISA, for long-term disability benefits pursuant to a Plan sponsored by The Prudential Insurance Company of America.

2. On or about October 14, 2006, this Court entered a Minute Order granting the parties' previously field Joint Motion to Amend Scheduling Order, under which plaintiff's Motion for Summary Judgment is due by January 8, 2006, with defendant's Opposition/Cross-Motion due thirty days thereafter (or by February 7, 2007), plaintiff's Reply/Opposition to Cross-Motion due twenty days thereafter (or by February 27, 2007), and defendant's final Reply due twenty days thereafter (or by March 20, 2007). That Motion was filed in order to permit the parties an opportunity to submit this case to private mediation in an effort to settle the claims and resolve the litigation.

247956.1

3. While the parties have been attempting to schedule the mediation and considered several different possible mediators, based upon the availability of the parties, counsel and the mediator, as well as intervening holidays, January 19, 2007 is the first mutually available date for all involved individuals.

4. In light of the presently-scheduled mediation, to be conducted by Snowden Stanley, Esquire of the law firm of Semmes, Bowen & Semmes, the parties hereby request an enlargement of time to prepare and file dispositive motions, in the event that mediation is unsuccessful in resolving this case, so that motions need not be prepared and filed prior to the scheduled mediation.

5. As previously reported, the parties have reached a partial settlement in this case and defendant has tendered payment of $109,805.00, and the balance of claimed benefits is the subject of the upcoming mediation.

6. Accordingly, the parties hereby request that the present scheduling order deadlines be modified and extended by approximately 40 days to permit the parties to engage in mediation prior to determining whether additional litigation will be necessary. Accordingly, plaintiff's Motion for Summary Judgment will be due by February 16, 2007, with defendant's Opposition/Cross-Motion due thirty days thereafter (or by March 16, 2007), plaintiff's Reply/Opposition to Cross-Motion due twenty days thereafter (or by April 5, 2007), and defendant's final Reply due twenty days thereafter (or by April 25, 2007).

7. No other deadlines would be affected by the requested enlargement of time, and there are no scheduled Court appearances that would be affected.

247956.1

8.  Rule 6(b) of the Federal Rules of Civil Procedure permits an enlargement of time for cause so long as it is presented prior to the expiration of the specific period to respond.

For the reasons stated above, the parties respectfully request that this Court grant this Consent Motion For Enlargement of Time.

Respectfully submitted,

**ELKIND & SHEA**

_____/s/ *Scott B. Elkind*_____
Scott B. Elkind, Bar No. 438811
801 Roeder Rd., Suite 550
Silver Spring, MD 20910
(301) 495-6665
fax (301) 565-5111

*Counsel for Plaintiff Traci Humes*

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

_____/s/ *David A. Seltzer*_____
David A. Seltzer, Bar No. 437436
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202) 626-7660
fax (202) 628-3606

*Counsel for Defendant The
Prudential Insurance Company of America*

5

247956.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

TRACI DUVALL HUMES

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

    Defendant.

---

Case No. 1:05CV02120(RJL)

**ORDER**

UPON CONSIDERATION of the Joint Motion For Enlargement Of Time, there being no opposition thereto and good cause therefor, it is this ____ day of _____ , 2006, HEREBY

ORDERED, that the Motion be and hereby is GRANTED, and

FURTHER ORDERED that the scheduling deadlines are hereby amended as follows: Plaintiff's Motion for Summary Judgment will be due by February 16, 2007, with defendant's Opposition/Cross-Motion due thirty days thereafter (or by March 16, 2007), plaintiff's Reply/Opposition to Cross-Motion due twenty days thereafter (or by April 5, 2007), and defendant's final Reply due twenty days thereafter (or by April 25, 2007).

_____
The Honorable Ricardo J. Leon
United States District Court for the District of Columbia

247956.1

Copies to:

David A. Seltzer, Esquire
1341 G Street, N.W., Suite 500
Washington, D.C. 20005

Scott B. Elkind
801 Roeder Rd., Suite 550
Silver Spring, MD 20910

247956.1