IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

TRACI DUVALL HUMES

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

    Defendant.

Case No. 1:05CV02120(RJL)

---

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a), the plaintiff and the defendant hereby stipulate that all claims in the above-captioned matter are dismissed with prejudice, with each party to bear its own costs and expenses.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/David A. Seltzer*
David A. Seltzer (#437436)
1341 G. Street, N.W.
The Colorado Building
Washington, DC 20005
(202) 626-7600
*Counsel for Defendant The Prudential Insurance Company of America*

- 1 -

ELKIND & SHEA

*/s/ Scott B. Elkind*
Scott B. Elkind, Esquire
801 Roeder Road, Suite 550
Silver Spring, MD  20910
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was electronically filed and served, this 14th day of March, 2007

        Scott B. Elkind, Esquire
        801 Roeder Road, Suite 550
        Silver Spring, MD  20910

/s/  *David A. Seltzer*
David A. Seltzer